UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CHROME HEARTS, LLC, a
Delaware Limited Liability
Company,

    Plaintiff,

v.    Case No. 3:22-cv-729-TJC-PDB

PINKCOBOUTIQUE, LLC, a
Florida Limited Liabiity Company
and QUKNHIYA HILL, an
individual,

    Defendants.

## O R D E R

This case is before the Court on the Plaintiff's Motion for Default Judgment. Doc. 31. On February 29, 2024, the assigned United States Magistrate Judge issued a Report and Recommendation recommending granting the motion, entering default judgment, entering a permanent injunction, and directing the clerk to close the file. Doc. 36. No party has filed an objection to the Report and Recommendation, and the time in which to do so has passed. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). Upon de novo review of the file and for the reasons stated in the Report and Recommendation, Doc. 36, it is hereby

**ORDERED:**

1. The Report and Recommendation of the Magistrate Judge, Doc. 36, is **ADOPTED** as the opinion of the Court, except the Court reduces the statutory damages to $50,000.

2. Plaintiff's Motion for Default Judgment, Doc. 31, is **GRANTED** as to Pinkcoboutique, LLC, and Qu'Knhiya Hill.

3. The clerk is **DIRECTED** to enter final judgment for Chrome Hearts, LLC, and against Pinkcoboutique, LLC, and Qu'Knhiya Hill for $50,000 in statutory damages.

4. Pinkcoboutique, LLC, and Qu'Knhiya Hill are **PERMANENTLY ENJOINED** from unlawfully infringing on marks owned by Chrome Hearts, LLC. Pinkcoboutique, LLC, Qu'Knhiya Hill, and their officers, agents, employees, and lawyers are **RESTRAINED** and **ENJOINED** from:

    a. manufacturing, importing, advertising, marketing, promoting, supplying, distributing, offering for sale, or selling any products bearing the Chrome Hearts marks, or any other marks confusingly similar to the Chrome Hearts marks;

    b. engaging in any other activity constituting unfair competition with Chrome Hearts, or acts and practices that deceive consumers, the public, the trade, or all of

these categories, including the use of designations and design elements associated with Chrome Hearts; and

c. committing any other act that falsely represents or has the effect of falsely representing that the goods and services of Pinkcoboutique, LLC, or Qu'Knhiya Hill or both are licensed by, authorized by, offered by, produced by, sponsored by, or in any other way associated with Chrome Hearts.

5. The clerk is **DIRECTED** to close the file.

**DONE AND ORDERED** in Jacksonville, Florida, the 16th day of April, 2024.



TIMOTHY J. CORRIGAN
United States District Judge

vng

Copies to:

The Honorable Patricia D. Barksdale
United States Magistrate Judge

Counsel of record

Qu'Knhiya Hill
4829 Playschool Dr.
Jacksonville, FL 32210